IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Antonio Mishenko, III,<br><br>    Plaintiff,<br><br>vs.<br><br>Mesa Police Department, et al.,<br><br>    Defendants. | No. CV17-2329 PHX DGC (CDB)<br><br>**ORDER** |

  Plaintiff Francisco Antonio Mishenko, III has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Doc. 1. United States Magistrate Camille D. Bibles has issued a report and recommendation ("R&R") recommending that the complaint be dismissed for Plaintiff's failure to prosecute. Doc. 65. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and dismiss the complaint for failure to prosecute.

**IT IS ORDERED:**

1. The R&R (Doc. 65) is **accepted**.
2. The civil rights complaint (Doc. 1) is **dismissed with prejudice for failure to prosecute**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on *appeal are **denied***

4. The Clerk is directed to **terminate** this action.

Dated this 4th day of April, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge